| FORM B1 | | |
|---|---|---|
| **United States Bankruptcy Court**<br>**Western District of Pennsylvania** | | **Voluntary Petition** |

| Name of Debtor (if individual, enter Last, First, Middle):<br><br>**Snyder, Kash C.** | Name of Joint Debtor (Spouse)(Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Soc. Sec./Tax I.D. No. (if more than one, state all):<br><br>**xxx.xx.6438** | Soc. Sec./Tax I.D. No. (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br><br>**98 Arlene Drive**<br>**North Versailles, PA 15137** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the<br>Principal Place of Business:   *Allegheny* | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor<br>(if different from address above): | |

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)

- ☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
- ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply) | | **Chapter or Section of Bankruptcy Code Under Which**<br>**the Petition is Filed** (Check one box) |
|---|---|---|
| ☒ Individual(s)       ☐ Railroad<br>☐ Corporation       ☐ Stockbroker<br>☐ Partnership       ☐ Commodity Broker<br>☐ Other _____ | | ☐ Chapter 7       ☐ Chapter 11       ☒ Chapter 13<br>☐ Chapter 9       ☐ Chapter 12<br>☐ Sec. 304 - Case ancillary to foreign proceeding |

| **Nature of Debts** (Check one box) | **Filing Fee** (Check one box) |
|---|---|
| ☒ Consumer/Non-Business       ☐ Business | ☒ Full Filing Fee Attached |
| **Chapter 11 Small Business** (Check all boxes that apply)<br>☐ Debtor is a small business as defined in 11 U.S.C. § 101<br>☐ Debtor is and elects to be considered a small business under<br>11 U.S.C. § 1121(e) (Optional) | ☐ Filing Fee to be paid in installments (Applicable to individuals only)<br>Must attach signed application for the court's consideration certifying<br>that the debtor is unable to pay fee except in installments.<br>Rule 1006(b). See Official Form No. 3. |

**Statistical/Administrative Information** (Estimates only)

- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☒ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|---|
| | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |

| Estimated Assets | $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
|---|---|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |

| Estimated Debts | $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
|---|---|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☐ | ☒ | ☒ | ☐ | ☐ | ☐ |

THIS SPACE IS FOR COURT USE ONLY

**Voluntary Petition**
*(This page must be completed and filed in every case)*

Name of Debtor:
Kash C. Snyder

| Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed: **NONE** | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**NONE** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

## Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X **Not Applicable** _____
Signature of Joint Debtor

412.673.8315
Telephone Number (If not represented by attorney)

9.1.04
Date

**Signature(s) of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **Not Applicable** _____
Signature of Authorized Individual

_____
Print or Type Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

**Signature of Attorney**

X _____
Signature of Attorney for Debtor(s)

**Martin Wnuk, Esquire** 74603
Printed Name of Attorney for Debtor(s) / Bar No.

**Max C. Feldman**
Firm Name

**Attorney At Law  1322 Fifth Avenue**
Address

**Coraopolis, PA  15108**

**412.262.6181**
Telephone Number

9/15/04.
Date

**Signature of Non-Attorney Petition Preparer**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

**Not Applicable**
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number

_____
Address

_____

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X **Not Applicable** _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.

**Exhibit A**
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)
☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**
(To be completed if debtor is an individual whose debts are primarily consumer debts)
I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he/she] may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _____
Signature of Attorney for Debtor(s)            Date

In re:  **Kash C. Snyder**

Case No.  **04-31467**

**xxx.xx.6438**

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **Motel**<br>**Castle Loma Motel**<br>**1217 Lincoln Highway**<br>**North Versailles, PA  15137-2125**<br>**Kash Snyder's name is on the deed but mortgage is with himself and three siblings.  Market value is full market value, but claim amount is 1/4 of total.** | Owner | | $ 101,800.00 | $ 19,164.17 |
| **Motel**<br>**Moonlite Motel**<br>**490 Route 51**<br>**Clairton, PA  15025**<br>**Kash Snyder's name is on the deed but mortgage is with himself and three siblings.  Market value is full market value, but claim amount is 1/4 of total.** | Owner | | $ 170,200.00 | $ 19,164.17 |
| **Single Family Residence**<br>**98 Arlene Drive**<br>**North Versailles, PA  15137** | Owner | | $ 226,800.00 | $ 550,912.88 |
| | Total ➤ | | $ 498,800.00 | |

In re   **Kash C. Snyder**
xxx.xx.6438

Case No.   **04-31467**

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Checking Account<br>Irwin Bank & Trust<br>Irwin, PA  15642<br>Acct. # 4622245 | | 71.26 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | Bedroom set | C | 125.00 |
| | | Gas Grill | C | 10.00 |
| | | Kitchen table & (4) chairs | C | 35.00 |
| | | Lawn furniture | C | 30.00 |
| | | Lawnmower | C | 50.00 |
| | | Living room furniture | C | 100.00 |
| | | Misc. tools | C | 125.00 |
| | | Pistol | C | 200.00 |
| | | Refrigerator | C | 100.00 |
| | | Stove | C | 50.00 |
| | | Weed Whacker | C | 10.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | Misc. clothing | | 200.00 |
| 7. Furs and jewelry. | | Misc. jewelry | | 100.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |

In re    **Kash C. Snyder**
         **xxx.xx.6438**

Case No.    **04-31467**

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | X | | | |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 13. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 14. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 15. Accounts receivable. | X | | | |
| 16. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | | **U.S. Justice Department Pittsburgh, PA Cost and losses involved with investigations** | **C** | **undetermined** |
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 19. Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Schedule B Page 2 of 4

In re    **Kash C. Snyder**
         **xxx.xx.6438**

Case No.    **04-31467**

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 21. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 23. Automobiles, trucks, trailers, and other vehicles. | | **2002 Toyota Tacoma Pick Up**<br>**Mileage: 60000** | | **14,540.00** |
| 24. Boats, motors, and accessories. | X | | | |
| 25. Aircraft and accessories. | X | | | |
| 26. Office equipment, furnishings, and supplies. | X | | | |
| 27. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 28. Inventory. | X | | | |
| 29. Animals. | X | | | |
| 30. Crops - growing or harvested. Give particulars. | X | | | |
| 31. Farming equipment and implements. | X | | | |
| 32. Farm supplies, chemicals, and feed. | X | | | |
| 33. Other personal property of any kind not already listed. Itemize. | | **Assignee of interest in sales aggreement for Condominimum**<br>**335 Breakers, Unit 335**<br>**Hilton Head Island, SC 29928**<br>**Sales agreement dated 03-16-04 between Sherry Snyder or assigns and Allan Herd. Sherry Snyder assigned her interest to Kash Snyder and others on Aug. 28, 2004. Sales agreement for $255,000.00**<br>**R & H Realty & Rentals**<br>**Attn: Mr. Robert Hoisington & Allan Herd**<br>**27C Coligny Plaza**<br>**Hilton Head Island, SC 29928**<br>**800.845.6802**<br>**843.842.6212**<br>**843.785.2147-fax** | **J** | **undetermined** |

In re   **Kash C. Snyder**                                    Case No.   **04-31467**
**xxx.xx.6438**

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH- OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | | Total  ＞ | $ 15,746.26 |

Schedule B Page 4 of 4

In re  **Kash C. Snyder**
        **xxx.xx.6438**

Case No.  **04-31467**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemption to which debtor is entitled under:

(Check one box)

☒ **11 U.S.C. § 522(b)(1)**    Exemptions provided in 11 U.S.C. § 522(d).  Note:  These exemptions are available only in certain states.

☐ **11 U.S.C. § 522(b)(2)**    Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's
domicile has been located for the 180 days immediately preceding the filing of the petition, or for a longer portion
of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant
to the extent the interest is exempt from process under applicable nonbankruptcy law.

| DESCRIPTION OF PROPERTY | SPECIFIC LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **2002 Toyota Tacoma Pick Up Mileage: 60000** | **11 USC § 522(d)(2)** | 0.00 | 14,540.00 |
| **Assignee of interest in sales aggreement for Condominimum 335 Breakers, Unit 335 Hilton Head Island, SC  29928 Sales agreement dated 03-16-04 between Sherry Snyder or assigns and Allan Herd.  Sherry Snyder assigned her interest to Kash Snyder and others on Aug. 28, 2004. Sales agreement for $255,000.00 R & H Realty & Rentals Attn:  Mr. Robert Hoisington & Allan Herd 27C Coligny Plaza Hilton Head Island, SC  29928 800.845.6802 843.842.6212 843.785.2147-fax** | **11 USC § 522(d)(5)** | undetermined | |
| **Bedroom set** | **11 USC § 522(d)(3)** | 125.00 | 125.00 |
| **Checking Account Irwin Bank & Trust Irwin, PA  15642 Acct. # 4622245** | **11 USC § 522(d)(5)** | 71.26 | 71.26 |
| **Gas Grill** | **11 USC § 522(d)(3)** | 10.00 | 10.00 |
| **Kitchen table & (4) chairs** | **11 USC § 522(d)(3)** | 35.00 | 35.00 |
| **Lawn furniture** | **11 USC § 522(d)(3)** | 30.00 | 30.00 |

In re   **Kash C. Snyder**
     **xxx.xx.6438**

Case No.   **04-31467**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

| DESCRIPTION OF PROPERTY | SPECIFIC LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **Lawnmower** | **11 USC § 522(d)(3)** | 50.00 | 50.00 |
| **Living room furniture** | **11 USC § 522(d)(3)** | 100.00 | 100.00 |
| **Misc. clothing** | **11 USC § 522(d)(3)** | 200.00 | 200.00 |
| **Misc. jewelry** | **11 USC § 522(d)(4)** | 100.00 | 100.00 |
| **Misc. tools** | **11 USC § 522(d)(3)** | 125.00 | 125.00 |
| **Motel**<br>**Castle Loma Motel**<br>**1217 Lincoln Highway**<br>**North Versailles, PA**<br>**15137-2125**<br>**Kash Snyder's name is on the deed but mortgage is with himself and three siblings. Market value is full market value, but claim amount is 1/4 of total.** | **11 USC § 522(d)(5)** | 25,143.00 | 101,800.00 |
| **Motel**<br>**Moonlite Motel**<br>**490 Route 51**<br>**Clairton, PA  15025**<br>**Kash Snyder's name is on the deed but mortgage is with himself and three siblings. Market value is full market value, but claim amount is 1/4 of total.** | **11 USC § 522(d)(5)** | 93,543.00 | 170,200.00 |
| **Pistol** | **11 USC § 522(d)(3)** | 200.00 | 200.00 |
| **Refrigerator** | **11 USC § 522(d)(3)** | 100.00 | 100.00 |
| **Single Family Residence**<br>**98 Arlene Drive**<br>**North Versailles, PA  15137** | **11 USC § 522(d)(1)** | 0.00 | 226,800.00 |
| **Stove** | **11 USC § 522(d)(3)** | 50.00 | 50.00 |
| **U.S. Justice Department**<br>**Pittsburgh, PA**<br>**Cost and losses involved with investigations** | **11 USC § 522(d)(5)** | undetermined | |
| **Weed Whacker** | **11 USC § 522(d)(3)** | 10.00 | 10.00 |

In re:  **Kash C. Snyder**                                    Case No.  **04-31467**

xxx.xx.**6438**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐   Check this box if debtor has no creditors holding secured claims to report in this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **415156173**<br>**Americredit**<br>**PO Box 78143**<br>**Phoenix, AZ  85062-8143** | | | **12-31-2001**<br>2002 Toyota Tacoma Pick Up<br>Mileage: 60000<br><br>**VALUE $14,540.00** | | | | 15,230.00 | 690.00 |
| ACCOUNT NO.   **none**<br>**Edward J. Quinlan**<br>**2924 Bryer Ridge Court**<br>**Export, PA  15632** | X | J | **1998**<br>Motel<br>Sleepy Hollow Motel<br>5104 Old Clairton Road<br>Pittsburgh, PA  15236<br>Kash Snyder on mortgage with three siblings; his name is not on the deed. Claim amount represents 1/4 of total.<br><br>**VALUE $0.00** | | | | 19,164.17 | 19,164.17 |
| ACCOUNT NO.   **none**<br>**Edward J. Quinlan**<br>**2924 Bryer Ridge Court**<br>**Export, PA  15632** | X | J | **1995**<br>Motel<br>Super 30 Motel<br>412 Lincoln Way<br>North Versailes, PA  15137<br>Four lots; 0458-D-00024;<br>0458-D-00018; 0458-D-00020;<br>0458-D-00058<br>Kash Snyder on mortgage only with three siblings; his name is not on deed. Claim amount represents 1/4 of total.<br><br>**VALUE $0.00** | | | | 19,164.17 | 19,164.17 |

Schedule D Page 1                          Subtotal
                              (Total of this page)      ➤     **$53,558.34**

In re:  **Kash C. Snyder**                                                    Case No.  **04-31467**

xxx.xx.**6438**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **none**  **Edward J. Quinlan 2924 Bryer Ridge Court Export, PA  15632** | X | J | 1999 Motel Moonlite Motel 490 Route 51 Clairton, PA  15025 Deed for property is in Kash Snyders name only; mortgage is in his name and three siblings.  Claim amount equals 1/4 of total amount of debt. **VALUE $170,200.00** | | | | 19,164.17 | 0.00 |
| ACCOUNT NO.  **none**  **Edward J. Quinlan 2924 Bryer Ridge Court Export, PA  15632** | X | J | 1996 Hiland Terrace 14390 Route 30 North Huntingdon, PA  15642 Kash Snyder is not on the deed; name only on mortgage.  Market value is zero; claim amount is 1/4 of total debt owed. **VALUE $0.00** | | | | 19,164.17 | 19,164.17 |
| ACCOUNT NO.  **None**  **Edward J. Quinlan 2924 Bryer Ridge Court Export, PA  15632** | X | J | 1995 Motel Castle Loma Motel 1217 Lincoln Highway North Versailles, PA  15137-2125 Deed for property is in Kash Snyders name only; mortgage is in his name and three siblings.  Claim amount equals 1/4 of total amount of debt. **VALUE $272,000.00** | | | | 19,164.17 | 0.00 |

Schedule D Page 2                                    Subtotal
                                            (Total of this page)    ➤    **$57,492.51**

In re:  **Kash C. Snyder**                                          Case No.  **04-31467**

**xxx.xx.6438**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **10896157**<br><br>**Litton Loan Servicing, LP**<br>**4828 Loop Central Drive**<br>**Houston, TX  77081-2226** | | | **1992**<br>Single Family Residence<br>98 Arlene Drive<br>North Versailles, PA  15137<br><br>**VALUE $226,800.00** | | | | 550,912.90 | 324,112.90 |

|  | | |
|---|---|---|
| Subtotal<br>(Total of this page) | ＞ | **$550,912.90** |
| Total | ＞ | **$661,963.75** |

Schedule D Page 3

In re:   **Kash C. Snyder**
xxx.xx.6438

Case No.   **04-31467**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report in this Schedule E.

**TYPES OF PRIORITY CLAIMS**

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4300* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(3).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $4300* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5)

☐ **Deposits by individuals**

Claims of individuals up to $1,950* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(6).

☐ **Alimony, Maintenance, or Support**

Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507(a)(9).

☐ **Other Priority Debts**

* Amounts are subject to adjustment on April 1, 1998, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

In re:    **Kash C. Snyder**                                                      Case No.    04-31467

xxx.xx.6438

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Type of Priority:  Taxes and Certain Other Debts Owed to Governmental Units**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Allegheny County Treasurer**<br>**436 Grant Street**<br>**Room 108**<br>**Pittsburgh, PA  15219** | | | **2001-2004**<br>**County tax 2001-2004** | | | | 50,000.00 | 50,000.00 |
| ACCOUNT NO.<br>**Baldwin-Whitehall**<br>**School District**<br>**4900 Curry Road**<br>**Pittsburgh, PA 15236** | | | **2001-2004**<br>**2001-2004 School Tax** | | | | 40,000.00 | 40,000.00 |
| ACCOUNT NO.<br>**Borough of Baldwin**<br>**3344 Churchview Avenue**<br>**Pittsburgh, PA 15227** | | | **2001-2004**<br>**Local taxes 2001-2004** | | | | 30,000.00 | 30,000.00 |
| ACCOUNT NO.<br>**County of Allegheny**<br>**Law Department**<br>**300 Fort Pitt Commons Building**<br>**445 Fort Pitt Boulevard**<br>**Pittsburgh, PA 15219** | | | **2001-2004**<br>**Property tax 2001-2004** | | | | 25,000.00 | 25,000.00 |
| ACCOUNT NO.<br>**David W. Ross, Esquire**<br>**Atty for Allegheny County**<br>**603 Stanwix Street**<br>**Pittsburgh, PA  15222** | | | **2001-2004**<br>**County tax 2001-2004** | | | | 20,000.00 | 20,000.00 |
| ACCOUNT NO.<br>**East Allegheny School District**<br>**1150 Jacks Run Road**<br>**North Versailles, PA  15137** | | | **2001-2004**<br>**School Taxes 2001-2004** | | | | 15,000.00 | 15,000.00 |

Schedule E Page 2

Subtotal
(Total of this page)  ➤  **$180,000.00**

In re: **Kash C. Snyder**

xxx.xx.6438

Case No.   04-31467

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Type of Priority:  Taxes and Certain Other Debts Owed to Governmental Units

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Edward Lawrence, Jr**<br>**500 Cherrington Way**<br>**Suite 420**<br>**Coraopolis, PA  15108** | | | **2001-2004**<br>**School taxes 2001-2004** | | | | 15,000.00 | 15,000.00 |
| ACCOUNT NO.<br><br>**Lawrence G. Paladin, Jr.**<br>**Atty. for East Allegheny School District**<br>**10700 Frankstown Road**<br>**Suite 305**<br>**Pittsburrgh, PA 15235** | | | **2001-2004**<br>**School tax 2001-2004** | | | | 20,000.00 | 20,000.00 |
| ACCOUNT NO.<br><br>**North Versailles Township**<br>**1401 Greensburg Avenue**<br>**North Versailles, PA  15137** | | | **2001-2004**<br>**Property tax 2001-2004** | | | | 15,000.00 | 15,000.00 |
| ACCOUNT NO.<br><br>**PA Municipal Service**<br>**336 Delaware Ave. Dept. L**<br>**Oakmont, PA  15139** | | | **2001-2004**<br>**2001-2004 Township taxes** | | | | 40,000.00 | 40,000.00 |
| ACCOUNT NO.<br><br>**West Jefferson Hills School District**<br>**Old Clairton Road**<br>**Clairton, PA  15025** | | | **2001-2004**<br>**School tax 2001-2004** | | | | 40,000.00 | 40,000.00 |

|  | | |
|---|---|---|
| Subtotal<br>(Total of this page) | ➤ | **$130,000.00** |
| Total | ➤ | **$310,000.00** |

In re:  **Kash C. Snyder**
xxx.xx.6438

Case No.   **04-31467**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐  Check this box if debtor has no creditors holding unsecured nonpriority claims to report in this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   803761808<br><br>**Abercrombie & Fitch**<br>PO Box 659728<br>San Antonio, TX  78265-9728 | | | 2002<br><br>Misc. | | | | 350.00 |
| ACCOUNT NO.   4862362337419769<br><br>**Capital One Bank**<br>PO Box 85147<br>Richmond, VA  23276 | | | 07-25-2003<br><br>Misc. | | | | 2,328.00 |
| ACCOUNT NO.   5466536060771499<br><br>**Citi Cards**<br>PO Box 8104<br>S. Hackensack, NJ  07606-8104 | | | 1999<br><br>Misc. | | | | 7,896.00 |
| ACCOUNT NO.   4246171027005946<br><br>**First USA Bank, NA**<br>PO Box 15153<br>Wilmington, DE  19886-5153 | | | 1998<br><br>Misc. | | | | 17,333.00 |
| ACCOUNT NO.   4417128078107909<br><br>**First USA Bank, NA**<br>PO Box 15153<br>Wilmington, DE  19886-5153 | | | 09-30-1998<br><br>Misc. | | | | 9,000.00 |
| ACCOUNT NO.   5417126790900277<br><br>**First USA Bank, NA**<br>PO Box 15153<br>Wilmington, DE  19886-5153 | | | 09-30-1998<br><br>Misc. | | | | 6,998.00 |

Schedule F Page 1

Subtotal
(Total of this page)   ➤

$43,905.00

In re:  **Kash C. Snyder**
xxx.xx.6438

Case No.  **04-31467**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  0737521385<br><br>J.C. Penny<br>PO Box 32000<br>Orlando, FL  32890 | | | 04-15-1993<br><br>Misc. | | | | 267.00 |
| ACCOUNT NO.  424626639480<br><br>Lazarus/Macy's<br>PO Box 4589<br>Carol Stream, IL  60197-4589 | | | 12-21-199<br><br>Misc. | | | | 667.00 |
| ACCOUNT NO.  CR000332-04<br><br>Magistrate Robert Barner 05-2-11<br>Eastland Mall<br>McKeesport-East Pittsburgh Blvd.<br>North Versailles, PA  15137 | | | 2004<br><br>Court claim by Nicole Scarpone for medical bills from UPMC; see Statement of Affairs | | | | 3,800.00 |
| ACCOUNT NO.  WAR-279115<br><br>Mepco<br>PO Box 5978<br>Carol Stream, IL  60197-5978 | | | 2004<br><br>Warranty for 2002 Toyota truck | | | | 2,273.00 |
| ACCOUNT NO.  100848<br><br>NVFD-EMS<br>Billing Office<br>100 Industrial Street<br>Scotdale, PA  15683 | | | 06-27-04<br><br>Medical bills for Nicole Scarpone as result of suit -- see Statement of Financial Affairs | | | | 485.09 |
| ACCOUNT NO.  24-0207758-5<br><br>PA American Water Company<br>PO Box 371412<br>Pittsburgh, PA  15250-7412<br>Old Address: PO Box 371326, Pgh, PA 15250-7326, 1-800-474-7292 | | | 1999-2004<br><br>Water bill | | | | 18,000.00 |

Schedule F Page 2

Subtotal
(Total of this page)  ➤

$25,492.09

P. O. NALY CO.
BOF 6-12

In re    Kash C Snyder
_____
Debtor

Case No.    04-31467jkf
_____
(if known)

# SCHEDULE  F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 267-955-701 <br> WFNNB-Victoria's Secret <br> PO Box 659728 <br> San Antonio,TX 78265-9728 <br> 1-800-695-9478 | | | | | | | 350.00 |
| ACCOUNT NO. 9-166-008-877 <br> Target National Bank <br> PO Box 59231 <br> Minneapolis,MN 55459-0231 <br> 1-800-659-2396 | | | 2000 | | | | 200.00 |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. _____ of _____ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $
(Total of this page)
Total ➤ $
(Use only on last page of the completed Schedule E)

22

(Report total also on Summary of Schedules)

In re: **Kash C. Snyder**
xxx.xx.**6438**

Case No.    **04-31467**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.    062-S240105936RO<br><br>**PA Municipal Service**<br>336 Deleware Ave. Dept. U062<br>Oakmont, PA  15139-2138 | | | 1999-2004<br><br>Sewage | | | | 15,270.59 |
| ACCOUNT NO.    5856373054202440<br><br>**Pottery Barn**<br>PO Box 659705<br>San Antonio, TX  78265-9705 | | | 01-27-2003<br><br>Misc. | | | | 1,075.00 |
| ACCOUNT NO.    7714110141399097<br><br>**Sam's Club/MCCBG**<br>PO Box 105980 Dept. 77<br>Atlanta, GA  30353-5980 | | | 1999<br><br>Misc | | | | 1,513.00 |
| ACCOUNT NO.    0620263054182<br><br>**UPMC - McKeesport**<br>P.O. Box 382059<br>Pittsburgh, PA  15250-8059 | | | 06-27-04<br><br>**Medical bills for Nicole Scarpone as result of suit -- see Statement of Financial Affairs** | | | | 2,853.00 |
| ACCOUNT NO.    308*620263054182<br><br>**XUN Diagnostic Association**<br>PO Box 491<br>Jeanette, PA  15644 | | | 06-27-04<br><br>**Medical bills for Nicole Scarpone as result of suit -- see Statement of Financial Affairs** | | | | 426.00 |

Subtotal   >
(Total of this page)

$21,137.59

Total   >

$90,534.68

Schedule F Page 3

In re:  **Kash C. Snyder**
        **xxx.xx.6438**

Case No.  **04-31467**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

☐  **Check this box if debtor has no executory contracts or unexpired leases.**

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT |
|---|---|
| . | |

Schedule G - Page 1

In re:  **Kash C. Snyder**
        **xxx.xx.6438**

Case No.  **04-31467**

# SCHEDULE H - CODEBTORS

☐ **Check this box if debtor has no codebtors.**

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Mark Snyder**<br>**98 Arlene Drive**<br>**North Versailes**<br>**PA**<br>**15137** | **Edward J. Quinlan**<br>**2924 Bryer Ridge Court**<br>**Export, PA  15632** |
| **Mark Snyder**<br>**98 Arlene Drive**<br>**North Versailes**<br>**PA**<br>**15137** | |
| **Mark Snyder**<br>**98 Arlene Drive**<br>**North Versailes**<br>**PA**<br>**15137** | |
| **Mark Snyder**<br>**98 Arlene Drive**<br>**North Versailes**<br>**PA**<br>**15137** | |
| **Mark Snyder**<br>**98 Arlene Drive**<br>**North Versailes**<br>**PA**<br>**15137** | |
| **Scott Snyder**<br>**98 Arlene Drive**<br>**North Versailes**<br>**PA**<br>**15137** | |
| **Scott Snyder**<br>**98 Arlene Drive**<br>**North Versailes**<br>**PA**<br>**15137** | |
| **Scott Snyder**<br>**98 Arlene Drive**<br>**North Versailes**<br>**PA**<br>**15137** | |
| **Scott Snyder**<br>**98 Arlene Drive**<br>**North Versailes**<br>**PA**<br>**15137** | |

Schedule H - Page  1 of 2

In re:  **Kash C. Snyder**
**xxx.xx.6438**

Case No.  **04-31467**

# SCHEDULE H - CODEBTORS

☐  **Check this box if debtor has no codebtors.**

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Scott Snyder**<br>**98 Arlene Drive**<br>**North Versailes**<br>**PA**<br>**15137**<br><br>**Shanni Snyder**<br>**98 Arlene Drive**<br>**North Versailes**<br>**PA**<br>**15137**<br><br>**Shanni Snyder**<br>**98 Arlene Drive**<br>**North Versailes**<br>**PA**<br>**15137**<br><br>**Shanni Snyder**<br>**98 Arlene Drive**<br>**North Versailes**<br>**PA**<br>**15137**<br><br>**Shanni Snyder**<br>**98 Arlene Drive**<br>**North Versailes**<br>**PA**<br>**15137**<br><br>**Shanni Snyder**<br>**98 Arlene Drive**<br>**North Versailes**<br>**PA**<br>**15137** | **Edward J. Quinlan**<br>**2924 Bryer Ridge Court**<br>**Export, PA  15632** |

In re  **Kash C. Snyder**
    **xxx.xx.6438**

Case No.  **04-31467**

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

| Debtor's Marital Status:  **Single** | DEPENDENTS OF DEBTOR AND SPOUSE | | |
|---|---|---|---|
| Debtor's Age:  **34** Spouse's Age: | NAMES **Carson D. Snyder** | AGE **6** | RELATIONSHIP **Daughter** |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Student** | |
| How long employed | **n/a** | |
| Name and Address of Employer | **N/A** | |

Income: (Estimate of average monthly income)

|  | DEBTOR | SPOUSE |
|---|---|---|
| Current monthly gross wages, salary, and commissions (pro rate if not paid monthly.) | $ 0.00 | $ |
| Estimated monthly overtime | $ 0.00 | $ |
| SUBTOTAL | $ 0.00 | $ |
| LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $ 0.00 | $ |
| b. Insurance | $ 0.00 | $ |
| c. Union dues | $ 0.00 | $ |
| d. Other (Specify) | $ 0.00 | $ |
| SUBTOTAL OF PAYROLL DEDUCTION | $ 0.00 | $ |
| TOTAL NET MONTHLY TAKE HOME PAY | $ 0.00 | $ |
| Regular income from operation of business or profession or farm (attach detailed statement) | $ 0.00 | $ |
| Income from real property | $ 0.00 | $ |
| Interest and dividends | $ 0.00 | $ |
| Alimony, maintenance or support payments payable to the debtor for th debtor's use or that of dependents listed above. | $ 0.00 | $ |
| Social security or other government assistance (Specify) | $ 0.00 | $ |
| Pension or retirement income | $ 0.00 | $ |
| Other monthly income (Specify) **Parental support** | $ 0.00 | $ |
| TOTAL MONTHLY INCOME | $ 0.00 | $ |

TOTAL COMBINED MONTHLY INCOME  **0.00**  (Report also on Summary of Schedules)

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:  **NONE**

In re **Kash C. Snyder**                                                    Case No. **04-31467**

     xxx.xx.6438

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

☐    Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate
      schedule of expenditures labeled "Spouse".

| | | |
|---|---|---:|
| Rent or home mortgage payment (include lot rented for mobile home) | $ | 0.00 |
| Are real estate taxes included?    Yes _____    No ✓ | | |
| Is property insurance included?    Yes _____    No ✓ | | |
| Utilities  Electricity and heating fuel | $ | 0.00 |
|           Water and sewer | $ | 0.00 |
|           Telephone | $ | 0.00 |
|           Other _____ | $ | 0.00 |
| Home Maintenance (Repairs and upkeep) | $ | 0.00 |
| Food | $ | 0.00 |
| Clothing | $ | 0.00 |
| Laundry and dry cleaning | $ | 0.00 |
| Medical and dental expenses | $ | 0.00 |
| Transportation (not including car payments) | $ | 0.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 0.00 |
| Charitable contributions | $ | 0.00 |
| Insurance (not deducted from wages or included in home mortgage payments) | | |
|           Homeowner's or renter's | $ | 0.00 |
|           Life | $ | 0.00 |
|           Health | $ | 0.00 |
|           Auto | $ | 0.00 |
|           Other _____ | $ | 0.00 |
| Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify) _____ | $ | 0.00 |
| Installment payments (In chapter 12 and 13 cases, do not list payments to be included in the plan) | | |
|           Auto | $ | 0.00 |
|           Other _____ | $ | 0.00 |
| Alimony, maintenance or support paid to others | $ | 0.00 |
| Payments for support of additional dependents not living at your home | $ | 0.00 |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| Other _____ | $ | 0.00 |
| **TOTAL MONTHLY EXPENSES** (Report also on Summary of Schedules) | $ | 0.00 |

(FOR CHAPTER 12 AND 13 DEBTORS ONLY)

Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some
other regular interval.

| | | |
|---|---|---:|
| A. Total projected monthly income | $ | 0.00 |
| B. Total projected monthly expenses | $ | 0.00 |
| C. Excess income (A minus B) | $ | 0.00 |
| D. Total amount to be paid into plan _____    **Monthly** | $ | 0.00 |
|                                              (interval) | | |

# United States Bankruptcy Court
## Western District of Pennsylvania

In re  **Kash C. Snyder**

xxx.xx.6438

Case No.  **04-31467**

Chapter  **13**

# SUMMARY OF SCHEDULES

AMOUNTS SCHEDULED

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $ 498,800.00 | | |
| B - Personal Property | YES | 4 | $ 15,746.26 | | |
| C - Property Claimed As Exempt | YES | 2 | | | |
| D - Creditors Holding Secured Claims | YES | 3 | | $ 661,963.75 | |
| E - Creditors Holding Unsecured Priority Claims | YES | 3 | | $ 310,000.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 3 | | $ 90,534.68 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 2 | | | |
| I - Current Income of Individual Debtor(s) | YES | 1 | | | $ 0.00 |
| J - Current Expenditures of Individual Debtor(s) | YES | 1 | | | $ 0.00 |
| Total Number of sheets in ALL Schedules ➤ | | 21 | | | |
| Total Assets ➤ | | | $ 514,546.26 | | |
| Total Liabilities ➤ | | | | $ 1,062,498.43 | |

In re:  **Kash C. Snyder**                                                    Case No.  **04-31467**
        **xxx.xx.6438**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **21** sheets plus the summary page, and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____9.15.04_____                          Signature _____Kash C. Snyder_____

                                                                  **Kash C. Snyder**

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

(NOT  APPLICABLE)

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

## UNITED STATES BANKRUPTCY COURT
### Western District of Pennsylvania

In re: **Kash C. Snyder**
xxx.xx.**6438**

Case No. **04-31467**

Chapter **13**

# STATEMENT OF FINANCIAL AFFAIRS

## 1. Income from employment or operation of business

None
☑

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced.  State also the gross amounts received during the two years immediately preceding this calendar year.  (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.)  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 2. Income other than from employment or operation of business

None
☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case.  Give particulars.  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **2,400.00** | **Parental contributions - 2002 Gifted** |
| **2,400.00(est.)** | **Parental Contributions - 2004 Gifted** |
| **2,400.00** | **Parental contributions - 2003 Gifted** |

## 3. Payments to creditors

None
☑

a.  List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within 90 days immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None
☑

b.  List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 4. Suits and administrative proceedings, executions, garnishments and attachments

None
☑

a.  List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None
☑

    b.  Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

## 5.  Repossessions, foreclosures and returns

None
☑

    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

## 6.  Assignments and receiverships

None
☑

    a.  Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None
☑

    b.  List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

## 7.  Gifts

None
☑

    List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient.  (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

## 8.  Losses

None
☑

    List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

## 9.  Payments related to debt counseling or bankruptcy

None
☐

    List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Max C. Feldman**<br>**Attorney At Law**<br>**1322 Fifth Avenue**<br>**Coraopolis, PA  15108** | **09-15-04** | |

## 10. Other transfers

None
☑

   a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petiton is filed, unless the spouses are separated and a joint petition is not filed.)

## 11. Closed financial accounts

None
☑

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year preceding the commencement of this case.  Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 12. Safe deposit boxes

None
☑

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 13. Setoffs

None
☑

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 14. Property held for another person

None
☑

List all property owned by another person that the debtor holds or controls.

## 15. Prior address of debtor

None
☑

If the debtor has moved within the two years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case.  If a joint petition is filed, report also any separate address of either spouse.

I declare under penalty of perjury that I have read the answers contained in the foregoing statement
of financial affairs and any attachments thereto and that they are true and correct.

Date ___9·15·04_____        Signature ___*K.C.S.*_____
                                              **Kash C. Snyder**

## UNITED STATES BANKRUPTCY COURT
### Western District of Pennsylvania

In re:  **Kash C. Snyder**
 **xxx.xx.6438**

Debtor

Case No.  <u>**04-31467**</u>
Chapter  **13**

# DISCLOSURE OF COMPENSATION OF ATTORNEY
# FOR DEBTOR

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above mentioned debtor(s) an that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for service rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 0.00 |
| Prior to the filing of this statement I have received | $ | 0.00 |
| Balance Due | $ | 0.00 |

2.  The source of compensation paid to me was:

☐ Debtor                    ☐ Other (specify)

3.  The source of compensation to be paid to me is:

☐ Debtor                    ☐ Other (specify)

4.  ☐  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associate of my law firm.

☑  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a)  Analysis of the debtor's financial situation, and rendering advice and assistance to the debtor(s) in determining whether to file a petition under Title 11, United States Code;

b)  Preparation and filing of any petition, schedule, statement of affairs, and other documents required by the court;

c)  Representation of the debtor(s) at the meeting of creditors, confirmation hearing and any adjourned hearings thereof;

d)  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

e)  (Other provisions as needed)

6.  By agreement with the debtor(s) the above disclosed fee does not include the following services:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or agreement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:  9/15/04

**Martin Wnuk, Esquire,** Bar No. 74603
**Max C. Feldman**
Attorney for Debtor(s)

**UNITED STATES BANKRUPTCY COURT**
**Western District of Pennsylvania**

In re:    **Kash C. Snyder**                                          Case No.    <u>04-31467</u>

xxx.xx.6438                                                              Chapter    **13**

# CERTIFICATION AND SIGNATURE OF NON-ATTORNEY
# BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. §110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

<u>**Not Applicable**</u>

Printed or Typed Name of Bankruptcy Petition Prepare                Social Security No.

Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

**NONE**

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

X _____                  _____
Martin Wnuk, Esquire                                            Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. § 156.

# United States Bankruptcy Court
## Western District of Pennsylvania
### NOTICE TO INDIVIDUAL CONSUMER DEBTOR

> The purpose of this notice is to acquaint you with the four chapters of the Federal Bankruptcy Code under which you may file a bankruptcy petition. The bankruptcy law is complicated and not easily described. Therefore, you should seek the advice of an attorney to learn of your rights and responsibilities under the law should you decide to file a petition with the court. Court employees are prohibited from giving you legal advice.

**Chapter 7:  Liquidation  ($130.00 filing fee plus $30.00 administrative fee plus $15.00 trustee surcharge)**

1. Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts.

2. Under chapter 7 a trustee takes possession of all your property. You may claim certain of your property as exempt under governing law. The trustee then liquidates the property and uses the proceeds to pay your creditors according to priorities of the Bankruptcy Code.

3. The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed the certain kinds of improper conduct described in the Bankruptcy Code, your discharge may be denied by the court, and the purpose for which you filed bankruptcy petition will be defeated.

4. Even if you receive a discharge, there are some debts that are not discharged under the law. Therefore, you may still be responsible for such debts as certain taxes and student loans, alimony and support payments, criminal restitution, and debts for death or personal injury caused by driving while intoxicated from alcohol or drugs.

5. Under certain circumstances you may keep property that you have purchased subject to a valid security interest.  Your attorney can explain the options that are available to you.

**Chapter 13:  Repayment of All or Part of the Debts of an Individual with Regular Income**
**($130.00 filing fee plus $30.00 administrative fee)**

1. Chapter 13 is designed for individuals with regular income who are temporarily unable to pay their debts but would like to pay them in installments over a period of time.  You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

2. Under chapter 13 you must file a plan with the court to repay your creditors all or part of the money that you owe them, using your future earnings.  Usually, the period allowed by the court to repay your debts is three years, but no more than five years. Your plan must be approved by the court before it can take effect.

3. Under chapter 13, unlike chapter 7, you may keep all your property, both exempt and non-exempt, as long as you continue to make payments under the plan.

4. After completion of payments under your plan, your debts are discharged except alimony and support payments, student loans, certain debts including criminal fines and restitution and debts for death or personal injury caused by driving while intoxicated from alcohol or drugs, and long term secured obligations.

**Chapter 11:  Reorganization  ($800.00 filing fee)**

Chapter 11 is designed primarily for the reorganization of a business but is also available to consumer debtors.  Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

**Chapter 12:  Family Farmer  ($200.00 filing fee)**

Chapter 12 is designed to permit family farmers to repay their debts over a period of time from future earnings and is in many ways similar to a chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family owned farm.

I, the debtor, affirm that I have read this notice.

| | | |
|---|---|---|
| 9.15.04 | K. C. S. | 04-31467 |
| Date | Kash C. Snyder, Debtor | Case Number |

## UNITED STATES BANKRUPTCY COURT
### Western District of Pennsylvania

In re:   **Kash C. Snyder**

xxx.xx.6438

Case No. 04-31467

Chapter  **13**

# VERIFICATION OF CREDITOR MATRIX

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under

penalty of perjury that the attached Master Mailing List of creditors, consisting of **6** sheet(s) is

complete, correct and consistent with the debtor's schedules pursuant to Local Bankruptcy

Rules and I/we assume all responsibility for errors and omissions.

Dated:  9.15.04

Signed: _K/ C. Sy/_

**Kash C. Snyder**

Signed:

**Martin Wnuk, Esquire**
Bar No.   **74603**

Abercrombie & Fitch
PO Box 659728
San Antonio, TX  78265-9728


Allegheny County Treasurer
436 Grant Street
Room 108
Pittsburgh, PA  15219


Americredit
PO Box 78143
Phoenix, AZ  85062-8143


Baldwin-Whitehall
School District
4900 Curry Road
Pittsburgh, PA  15236


Borough of Baldwin
3344 Churchview Avenue
Pittsburgh, PA 15227


Capital One Bank
PO Box 85147
Richmond, VA  23276


Citi Cards
PO Box 8104
S. Hackensack, NJ  07606-8104


County of Allegheny
Law Department
300 Fort Pitt Commons Building
445 Fort Pitt Boulevard
Pittsburgh, PA 15219

David W. Ross, Esquire
Atty for Allegheny County
603 Stanwix Street
Pittsburgh, PA  15222


East Allegheny School District
1150 Jacks Run Road
North Versailles, PA  15137


Edward J. Quinlan
2924 Bryer Ridge Court
Export, PA  15632


Edward J. Quinlan
2924 Bryer Ridge Court
Export, PA  15632


Edward J. Quinlan
2924 Bryer Ridge Court
Export, PA  15632


Edward J. Quinlan
2924 Bryer Ridge Court
Export, PA  15632


Edward J. Quinlan
2924 Bryer Ridge Court
Export, PA  15632


Edward Lawrence, Jr
500 Cherrington Way
Suite 420
Coraopolis, PA  15108


First USA Bank, NA
PO Box 15153
Wilmington, DE  19886-5153

First USA Bank, NA
PO Box 15153
Wilmington, DE  19886-5153


First USA Bank, NA
PO Box 15153
Wilmington, DE  19886-5153


J.C. Penny
PO Box 32000
Orlando, FL  32890


Lawrence G. Paladin, Jr.
Atty. for East Allegheny School District
10700 Frankstown Road
Suite 305
Pittsburrgh, PA 15235


Lazarus/Macy's
PO Box 4589
Carol Stream, IL  60197-4589


Litton Loan Servicing, LP
4828 Loop Central Drive
Houston, TX  77081-2226


Magistrate Robert Barner 05-2-11
Eastland Mall
McKeesport-East Pittsburgh Blvd.
North Versailles, PA  15137


Mark Snyder
98 Arlene Drive
North Versailes
PA
15137


Mark Snyder
98 Arlene Drive
North Versailes
PA
15137

```
Mark Snyder
98 Arlene Drive
North Versailes
PA
15137


Mark Snyder
98 Arlene Drive
North Versailes
PA
15137


Mark Snyder
98 Arlene Drive
North Versailes
PA
15137


Mepco
PO Box 5978
Carol Stream, IL   60197-5978



North Versailles Township
1401 Greensburg Avenue
North Versailles, PA   15137



NVFD-EMS
Billing Office
100 Industrial Street
Scotdale, PA   15683


PA American Water Company
PO Box 371412
Pittsburgh, PA   15250-7412



PA Municipal Service
336 Delaware Ave. Dept. L
Oakmont, PA   15139



PA Municipal Service
336 Deleware Ave. Dept. U062
Oakmont, PA   15139-2138
```

Pottery Barn
PO Box 659705
San Antonio, TX  78265-9705


Sam's Club/MCCBG
PO Box 105980 Dept. 77
Atlanta, GA  30353-5980


Scott Snyder
98 Arlene Drive
North Versailes
PA
15137

Scott Snyder
98 Arlene Drive
North Versailes
PA
15137

Scott Snyder
98 Arlene Drive
North Versailes
PA
15137

Scott Snyder
98 Arlene Drive
North Versailes
PA
15137

Scott Snyder
98 Arlene Drive
North Versailes
PA
15137

Shanni Snyder
98 Arlene Drive
North Versailes
PA
15137

Shanni Snyder
98 Arlene Drive
North Versailes
PA
15137

Shanni Snyder
98 Arlene Drive
North Versailes
PA
15137


Shanni Snyder
98 Arlene Drive
North Versailes
PA
15137


Shanni Snyder
98 Arlene Drive
North Versailes
PA
15137


UPMC - McKeesport
P.O. Box 382059
Pittsburgh, PA  15250-8059



West Jefferson Hills School District
Old Clairton Road
Clairton, PA  15025



XUN Diagnostic Association
PO Box 491
Jeanette, PA  15644



ZWFNNB-Victoria's Secret
PO Box 659728
San Antonio,TX 78265-9728



ZTarget National Bank
PO Box 59231
Minneapolis, MN  55459-0231