IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

Kash Snyder
    Debtor

) 
) Bankruptcy Number 04-31467JKF
) Docket No. 44
) Chapter 13

## ORDER DISMISSING MOTION FOR NON-COMPLIANCE WITH LOCAL RULES 9013.5(A)

**And Now,** this 8th day of February, 2005, **It Is Hereby** Ordered that the above-captioned motion to withdraw as attorney is dismissed, without prejudice, for failure to comply with Local Bankruptcy Rule 9013-5. The rules and forms can be viewed at the Court's Website at http://www.pawb.uscourts.gov/plrules.htm. The motion or application is being dismissed for:

[X]  Failure to schedule the motion for hearing in compliance with Local Rule 9013-5 A and Chief Judge Fitzgerald's hearing procedures;
(see procedures at: http://www.pawb.uscourts.gov/jkf-proc.htm); **THE RESPONSE DATE AND HEARING DATE CANNOT BE THE SAME DATE**

_____
Judith K. Fitzgerald
Judge, US Bankruptcy Court

The Court's Case Administrator Sent A Copy Of This Order To:
    Counsel &/or Debtor
    Trustee

**FILED**
FEB 08 2005
CLERK, U.S. BANKRUPTCY COURT
WEST...